**[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *State v. Stiltner*, Slip Opinion No. 2022-Ohio-3589.]**

NOTICE

This slip opinion is subject to formal revision before it is published in an advance sheet of the Ohio Official Reports. Readers are requested to promptly notify the Reporter of Decisions, Supreme Court of Ohio, 65 South Front Street, Columbus, Ohio 43215, of any typographical or other formal errors in the opinion, in order that corrections may be made before the opinion is published.

SLIP OPINION NO. 2022-OHIO-3589

THE STATE OF OHIO, APPELLEE, *v*. STILTNER, APPELLANT.

**[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *State v. Stiltner*, Slip Opinion No. 2022-Ohio-3589.]**

*Court of appeals' judgment vacated and cause remanded for a new trial consistent with* State v. Brooks.

(No. 2021-0573—Submitted October 4, 2022—Decided October 12, 2022.)

APPEAL from the Court of Appeals for Scioto County,

No. 19CA3882, 2021-Ohio-959.

_____

{¶ 1} The judgment of the court of appeals is vacated, and the cause is remanded to the trial court for a new trial consistent with this court's opinion in *State v. Brooks*, __ Ohio St.3d __, 2022-Ohio-2478, __ N.E.3d __.

O'CONNOR, C.J., and KENNEDY, FISCHER, DEWINE, DONNELLY, STEWART, and BRUNNER, JJ., concur.

_____

Shane A. Tieman, Scioto County Prosecuting Attorney, and Jay S. Willis, Assistant Prosecuting Attorney, for appellee.

Richard M. Nash Jr., for appellant, Nathan Stiltner.

_____